No. 84–6307.  PERKINS *v.* HARTIGAN, ATTORNEY GENERAL OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 84–6309.  ALI *v.* FORD MOTOR CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–6312.  MELDRUM *v.* CAMPBELL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 84–6318.  LUCIEN *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 84–6320.  DAY *v.* CARTWRIGHT ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 84–6321.  PATTERSON *v.* CHARTER FINANCIAL GROUP, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–6322.  PATTERSON, DBA SCREEN ADVERTISING FILM FUND *v.* BUENA VISTA DISTRIBUTION CO. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–6327.  HYDE *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 84–6335.  BERGHAHN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 84–6337.  FITZGERALD *v.* JORDAN, SUPERINTENDENT, COOK COUNTY JUVENILE DETENTION CENTER, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–6339.  ALBERTON *v.* STATE BAR OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–6340.  DAY *v.* AMOCO CHEMICALS CORP.  C. A. 5th Cir.  Certiorari denied.

No. 84–6342.  GUSTAFSON *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.